UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO VICTORIA PERGUERO,
    Petitioner

vs.    CIVIL NO. 97-2399(JP)

UNITED STATES OF AMERICA
    Respondent

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 19, 1999<br>**Docket:** #4<br>[x] **Plffs**    [] **Defts**<br>**Title:** Motion for Relief from Order of the Court Entered on September 24, 1998 by the United States Court of Appeal for First Circuit . . . | **DENIED.** The Court already dismissed the above-captioned case with prejudice as did the First Circuit Court of Appeals. |

Date: 8/24/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: _____ # 5